# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1086
LT Case No. 2022-CF-010757-A

———————————————

ENRIQUE ECHEVARRIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and John M. Selden,
Assistant Public Defender, Daytona Beach, for Appellant.

Enrique Echevarria, Mayo, pro se.

James Uthmeier, Attorney General, and Trisha Meggs Pate,
Bureau Chief, Tallahassee, for Appellee.

November 18, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____